**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,   )<br>                                                )<br>            Plaintiff,           )<br>                                                )<br>vs.                                         )<br>                                                )<br>Jesse Vavages,                     )<br>                                                )<br>            Defendant.         )<br>                                                )  | CR-06-00090-02-PHX-NVW<br><br><br><br>**DETENTION ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on February 8, 2011.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2   court.
3   DATED this 9th day of February, 2011.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge